FLORENCE T. NAKAKUNI    #2286
United States Attorney
District of Hawaii

MARK A. INCIONG    CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 440-9228
Facsimile: (808) 541-2958
Mark.Inciong@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 26 2012
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 12-0455 RLP |
|---|---|---|
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| vs. | ) | |
| DANIEL LEE MILLER, | ) | |
| Defendant. | ) | |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about April 25, 2012, in the District of Hawaii, DANIEL LEE MILLER did knowingly and intentionally attempt to possess, with intent to distribute, approximately four hundred and forty (440) grams of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

I further state that I am a Task Force Officer of the Drug Enforcement Administration and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

DATED: HONOLULU, HAWAII: April 26, 2012.

_____
Darren Lee
Task Force Officer, DEA

Sworn to and subscribed in my presence, this 26th day of April, 2012.

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT OF DARREN LEE

Darren Lee, after being duly sworn, deposes and says as follows:

1. I am a Honolulu Police Department (HPD) Officer currently assigned to the HPD Narcotics/Vice Division. I am also federally cross-designated as a Drug Enforcement Administration (DEA) Task Force Officer (TFO) and as such, am part of the Hawaii Airport Drug Task Force (HATF) at the Honolulu International Airport. I have been a Honolulu Police Department officer since 2003. I have been with the HPD Narcotics/Vice Division from March 2007 to the present. During my career with HPD, I conservatively estimate that I have been involved in over 250 drug investigations, of which at least 125 were airport-related drug investigations involving the smuggling of drugs through airports and commercial mail/parcel carriers. As a result of my experience and training, I am familiar with the common practices utilized by drug traffickers to smuggle drugs and money through airports and commercial mail/parcel carriers.

2. During this time, I have become knowledgeable with the enforcement of State and Federal laws pertaining to narcotics and dangerous drugs. Based on this experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific types of language used by narcotic traffickers, the unique trafficking patterns employed by

narcotics organizations and their patterns of drug abuse.

3. On or about April 25, 2012, while conducting the inbound parcel sort at the FedEx facility, the FedEx Security Manager located a parcel being sent from Millbrae, California to Honolulu, Hawaii. The parcel is more specifically described as follows:

One (1) FedEx Large Box measuring approximately 18"x12½"x3", the SENDER is listed as "Thomas Stevens 979 Spencer S. #6 Honolulu, HI 96822" phone number 808-722-7340 and the RECIPIENT as "Same as above Thomas Stevens 979 Spencer St #6 Honolulu, HI 96822" phone number same, and bearing FedEx US Airbill 8001 2012 8815.

4. In keeping with FedEx policy the FedEx Security Manager opened the parcel and examined the contents. The following was found in the subject parcel: approximately 440 grams of cocaine (confirmed by field-test for the presence of cocaine). Based upon my experience and training, possession of this quantity of cocaine is not consistent with personal use, but rather is more consistent with distribution. The other non-drug contents of the subject parcel included the following:

- Yellow padded envelope
- White large envelope (2)
- Black Sentry brand mini safe

5. TFO Lee seized the cocaine and its non-drug contents and transported the parcel back to the Hawaii Airport Task Force (HATF) office.

6. A few hours after discovering the parcel containing cocaine, the FSM located a second parcel sent at the same time, sent by the same sender, and sent from the same shipping facility

(FedEx in Millbrae, CA). This second parcel is more specifically described as follows:

One (1) FedEx Cardboard Box measuring approximately 20"x20"x20", the SENDER is listed as "Thomas Stevens 92-1246 Makakilo Dr. #60 Kapolei, HI 96707" phone number 808-722-7340, and the RECIPIENT as "Kalani Ahyo 92-1246 Makakilo Dr. #60 Kapolei, HI 96707 phone number 808-722-7340, and bearing FedEx US Airbill 8001 2012 6937.

7. In keeping with FedEx policy the FSM opened the parcel and examined the contents, the following was found in the subject parcel: approximately 5 pounds of a green leafy substance was discovered inside ten (10) Seal a Meal type bags. A presumptive field test was conducted on the substance which resulted in a positive reaction for the presence of Tetrahydrocannabinol. Based upon my experience and training, possession of this quantity of marijuana is not consistent with personal use, but rather is more consistent with distribution. The other non-drug contents of the subject parcel included the following:

- Second 20"x20"x20" FedEx Cardboard Box
- Seal a Meal machine with box
- Tory Burch Shopping Bag
- Thesaurus book (hollowed out)
- Blue towels (2)
- Nike "Lebron Low" shoes (size 10)
- Nike "Air Max" shoes (size 10)
- Sentry brand mini safe

8. The marijuana and non-drug contents were turned over to Task Force Officer (TFO) Thayne Costa who took custody of the parcel and transported the parcel back to the Hawaii Airport Task Force (HATF) office.

9. On or about April 25, 2012, the Honorable U.S. Magistrate Judge Barry M. Kurren of the District of Hawaii signed a Warrant for the Installation and Monitoring of a Beeper for the first subject parcel and Anticipatory Search Warrant for 979 Spencer Street #6 Honolulu, HI 96822 (Magistrate Number 12-0445 RLP). At the same time, a second Anticipatory Search Warrant for 92-1246 Makakilo Drive Apt 60 Kapolei, HI 96707 was applied for and granted (Magistrate Number 12-0446 RLP).

10. On April 25, 2012, at approximately 5:45 pm, DEA Special Agents and Task Force Officers situated in the area of 979 Spencer Street and observed a male (later identified as Daniel Lee MILLER) operating a gray colored BMW coupe, drop off a female (later identified as Charmaine CAMPOS) who walked down the street to the corner looking into each parked vehicle along the roadway. MILLER parked the BMW coupe and walked up to the front door, then walked to the rear of the residence. MILLER later was observed picking up CAMPOS and driving away. A few minutes later, MILLER returned and dropped off CAMPOS, then drove down the street. MILLER was later observed making an abrupt U-turn to follow a FedEx delivery truck. MILLER followed the FedEx driver, parking behind the FedEx truck when the truck stopped.

11. Agents stopped and detained MILLER and asked for consent to search his vehicle which MILLER allowed. Recovered from within MILLER's BMW coupe were two (2) FedEx Airbills with

the same tracking numbers as the Spencer Street and Makakilo Drive subject parcels.

12. In a post-arrest statement, after waiving his Constitutional Rights, MILLER stated that he traveled to California to purchase thirty (30) pounds of marijuana, but the quality of the marijuana wasn't that good so MILLER ended up purchasing five (5) pounds of marijuana for $1800 per pound and approximately fifteen (15) ounces of cocaine for $13,500. MILLER then mailed the parcels from FedEx in Millbrae, California to his girlfriend's residence (Spencer Street) and his mother's residence (Makakilo Drive).

13. Based upon my experience and training, the possession of this quantity of cocaine and the manner in which it was packaged is not consistent with personal use, but rather is consistent with distribution.

14. MILLER has a prior federal narcotics conviction.

15. Cocaine is a Schedule II controlled substance.

//
//
//
//
//
//
//

FURTHER AFFIANT SAYETH NAUGHT.

_____
Darren Lee
Task Force Officer, DEA


This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 1:50 pm on April 26, 2012.


Subscribed and Sworn to Before Me, this 26TH Day of April 2012.

_____
BARRY M. KURREN
United States Magistrate Judge