ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 10 2012
at 12 o'clock and 01 min. P M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI         #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA        #2556
Chief, Drugs and Organized Crime Section

MARK A. INCIONG    CA BAR #163443
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:     Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,   )<br>  )<br>     vs.  )<br>  )<br>  )<br>DANIEL LEE MILLER,   )<br>  )<br>         Defendant.   )<br>_____) | CR. NO. CR 12-00441 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. § 841(a)(1),<br> 841(b)(1)(C) and 846] |

INDICTMENT

The Grand Jury charges:

On or about April 25, 2012, in the District of Hawaii, defendant DANIEL LEE MILLER did knowingly and intentionally attempt to possess, with intent to distribute, approximately four hundred and forty (440) grams of a mixture and substance containing a detectable amount of cocaine, its salts, optical and

geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, DANIEL LEE MILLER shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

   Dated: May 10, 2012, Honolulu, Hawaii.

        A TRUE BILL

        /s/ Foreperson
        FOREPERSON, GRAND JURY


FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_/s/ Beverly Wee Sameshima_
BEVERLY WEE SAMESHIMA
Chief, Drugs & Organized
Crime Section

_/s/ Mark A. Inciong_
MARK A. INCIONG
Assistant U.S. Attorney


United States v. Miller
CR. No.
"Indictment"